PS 8
(Rev. 8/13)

# UNITED STATES DISTRICT COURT

for

Western District of Oklahoma

U.S.A. vs.    Brandon Landers            Docket No. CR-22-434-F

**Petition for Action on Conditions of Pretrial Release**

COMES NOW    Katrina Battle    , pretrial services/probation officer, presenting an official report upon the conduct of defendant    Brandon Landers    , who was placed under pretrial release supervision by the Honorable    Stephen P. Friot    , sitting in the court at    Western District of Oklahoma    on the    14th    date of    March    ,    2023    under the following conditions:

(7)(p) participate in one of the following location restriction programs and comply with its requirements as directed: (ii) Home Detention. You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities approved in advance by the pretrial services or supervising officer.

7(q) submit to the following location monitoring as directed by the pretrial services office or supervision officer and comply with all of the program requirements and instructions provided. (x) You must pay all or part of the cost of the program based on your ability to pay as determined by the pretrial services office or supervising officer.

7(u) The location monitoring technology that you will be under is GPS.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short, insert here. If lengthy, write on separate sheet and attach.)

The defendant has been compliant with his conditions of release and there have been no violations of supervision. Due to the defendant's extensive declining physical health, he has spent a considerable amount of time in the hospital. The U.S. Probation Office has confirmed that the defendant will be remain in the hospital for the foreseeable future. It is respectfully recommended that the defendant's location monitoring condition be removed at this time.

Counsel for the government has no objection to the modification.

PRAYING THAT THE COURT WILL ORDER THE MODIFICATION OF CONDITIONS OF RELEASE AS NOTED ABOVE.

| ORDER OF COURT | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| Considered and ordered this  27th  day of April , 20 23  and ordered filed and made a part of the records in the above case. | Executed on   April 26, 2023 |
| *[signed]* SP Friot<br>U.S. District Judge | *[signed]* Katrina Barre<br>U.S. Pretrial Services/Probation Officer<br><br>Place   Oklahoma City, Oklahoma |